# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-502
LT Case No. 2010-DR-000007

_____

TISHON BROWN,

Appellant,

v.

NY-HUNTA ARMSTRONG,

Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher France, Judge.

Tishon Brown, Graceville, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____